IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GMT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV411 |
| | ) | |
| V. | ) | |
| | ) | |
| THE NETHERLANDS INSURANCE COMPANY, and GREGORY DUNCAN, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of Mark Hill and the law firm Husch Blackwell, LLP to withdraw as counsel for Defendant The Netherlands Insurance Company (filing 12).  Upon the representation that said Defendant will remain represented in this action, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 12) is granted.

2. The Clerk of Court shall terminate the appearances of Mark Hill and Husch Blackwell, LLP as counsel for The Netherlands Insurance Company and shall cease further notices to them in this action.

**DATED January 20, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**