## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GMT, LLC,** | |
| **Plaintiff,** | **8:14CV411** |
| **vs.** | |
| **THE NETHERLANDS INSURANCE COMPANY, and GREGORY DUNCAN,** | **ORDER OF DISMISSAL OF A PARTY** |
| **Defendants.** | |

This matter is before the Court on Plaintiff GMT, LLC's Notice of Voluntary Dismissal as Against Gregory Duncan (Filing No. 19). The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. The above-captioned action should be dismissed without prejudice as to Defendant Gregory Duncan. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff GMT, LLC's Notice of Voluntary Dismissal as Against Gregory Duncan (Filing No. 19) is approved;

2. The above-caption action is dismissed without prejudice as to Defendant Gregory Duncan; and

3. The Court will not assess costs or attorney's fees.

Dated this 25th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge