# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GMT, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 8:14cv411 ) |
| THE NETHERLANDS INSURANCE COMPANY, | ) ORDER ) ) ) |
| Defendant. | ) |

This case came before the court for a Rule 16 planning conference. Counsel appeared telephonically. Richard Daly represented the plaintiff and Bruce Moothart represented the defendant. A discussion was held regarding progression of the case. Pursuant to the discussion,

**IT IS ORDERED:**

1. On or before **June 24, 2015,** the plaintiff will disclose to the defendant the name and report of its expert.

2. On or before **July 31, 2015,** the defendant will disclose to the plaintiff the name and report of its expert.

3. A follow-up conference will be held on **August 31, 2015, at 11:00 A.M.,** to be held by telephone call initiated by counsel for the plaintiff.

Dated this 4th day of May 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge