# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GMT, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>THE NETHERLANDS INSURANCE COMPANY, AND GREGORY DUNCAN,<br><br>  Defendants. | 8:14CV411<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation of Dismissal (Filing No. 56). The Joint Stipulation of Dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal (Filing No. 56) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 28th day of April, 2016

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        Chief United States District Judge